THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Julius Stokes,       
Appellant,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2005-UP-092
Submitted February 1, 2005  Filed February 
 8, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Assistant Attorney General Adrianne L. Turner, of Columbia; 
 and Solicitor Donald V. Myers, of       Lexington, for Respondent.
 
 
 

PER CURIAM:  On August 6, 1997, Julius Stokes 
 pled guilty to robbery while armed with a deadly weapon.  He was sentenced to 
 16 years in prison.  On July 17, 1999, Stokes filed an application for post-conviction 
 relief, which was dismissed with prejudice on November 17, 1999.  Stokes filed 
 a writ of certiorari in the South Carolina Supreme Court on May 16, 2000.  After 
 the submission of a petition pursuant to Johnson v. State, 294 S.C. 310, 
 364 S.E.2d 201 (1988), the Supreme Court denied the petition and granted counsels 
 request to withdraw as counsel.  Stokes then filed a petition for writ of habeas 
 corpus on October 23, 2002 in the Lexington County Court of Common Pleas.  In 
 his writ of habeas corpus, Stokes mentions only his 1997 guilty plea for armed 
 robbery. [1]   In response, the 
 State filed a motion to dismiss Stokes petition for writ of habeas corpus, 
 which was granted on August 28, 2003.  Stokes now appeals.  Counsel for Stokes 
 has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 asserting that there are no meritorious grounds for appeal and requesting permission 
 to withdraw from further representation.  Stokes filed a pro se 
 response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [2] 
 
ANDERSON, BEATTY, and SHORT, JJ., concur. 

 
 
 [1] According to the material from Stokes application for post-conviction 
 relief, he pled guilty in Richland County in 1998 to assault and battery of 
 a high and aggravated nature, carjacking, and two counts of strong-arm robbery.   
 

 
 
 [2] We decide this case without oral argument pursuant to Rule 215, SCACR.